7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Larry James Cook and Kathie Jo Cook
*Debtor*

*Bankruptcy Case No.*
13–43126–can7

**Erlene Krigel**
    Plaintiff(s)

*Adversary Case No.*
14–04089–can

v.

**Larry James Cook**
**Kathie Jo Cook**
    Defendant(s)

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that Judgment is entered in favor of Plaintiff, Erlene Krigel, Chapter 7 Trustee, and against Defendants/Debtors, Larry and Kathie Cook, on the Trustees requests for turnover;
IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of Plaintiff, Erlene Krigel , and against Defendants/Debtors, Larry and Kathie Cook, for attorneys fees of $500.00;
IT IS FURTHER ORDERED, ADJUDGED AND DECREED that costs of $350.00 plus $3.60 are taxed against the Debtors;
IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of Plaintiff, Erlene Krigel and against the Defendants/Debtors Larry and Kathie Cookie for the total sum of $853.60.
IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the remainder of the Plaintiffs complaint is dismissed.



Ann Thompson
Court Executive

By: /s/ Jamie McAdams
    Deputy Clerk

Date of issuance: 5/21/15

Court to serve